IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ECLIPSYS CORP. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRYAN DOVE | : | NO. 09-3974 |

ORDER

AND NOW, this 26th day of February, 2010, upon consideration of the parties' stipulation to dismiss this action without prejudice (docket entry # 20), it is hereby ORDERED that:

1. The Clerk of Court shall TRANSFER this case from our Civil Suspense docket to our Active docket;

2. This case is DISMISSED WITHOUT PREJUDICE; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.